# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH R. MEISTER, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 18-3233 |
| SUN CHEMICAL CORPORATION, | |
| Defendant. | |

## ORDER

**AND NOW**, this 15th day of October, 2018, upon consideration of Defendant Sun Chemical Corporation's ("Sun Chemical") Motion to Dismiss, Plaintiff Kenneth R. Meister's ("Meister") Response in Opposition, and Sun Chemical's Reply Brief, it is hereby **ORDERED** that:

1. Sun Chemical's Motion (Doc. No. 5) is **GRANTED**; and
2. Count II of Meister's Complaint is **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE